# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**PSYCAMORE LLC**                                                     **PLAINTIFF**

v.                                                          **CAUSE NO. 1:14CV336 -LG-RHW**

**CITY OF OCEAN SPRINGS,**
**MISSISSIPPI**                                                         **DEFENDANT**

## **AGREED JUDGMENT OF DISMISSAL**

The parties having agreed to and announced to the Court a settlement of this case, and the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket;

**IT IS THEREFORE ORDERED AND ADJUDGED** that this case is hereby dismissed with prejudice as to all parties, with the parties to bear their own costs.

**SO ORDERED AND ADJUDGED** this the 15th day of December, 2014.

                                       s/ *Louis Guirola, Jr.*
                                       Louis Guirola, Jr.
                                       Chief United States District Judge